Harry Carr, Plaintiff-Appellee, v. Robert B. Carr, as Special Administrator, Defendant-Appellant.

Gen. No. 11,762.

Second District, Second Division.

October 14, 1963.

Thomas, Davis and Kostantacos, of Rockford (Charles H. Davis, of counsel), for appellant; Haye & Keegan, of Rockford (Frederick H. Haye, of counsel), for appellee. Opinion by JUDGE SPIVEY. Not to be published in full.